IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JAMES ERIC LOFTEN | § | |
| VS. | § | CIVIL ACTION NO. 5:06cv215 |
| FIFTH CIRCUIT COURT OF APPEALS | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner James Eric Loften, proceeding *pro se*, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was referred to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact, conclusions of law, and recommendations for disposition of this case. The Report recommended dismissing it without prejudice. No objections were filed. This Court finds the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. In accordance with the Report of the Magistrate Judge, the Court therefore

**ORDERS, ADJUDGES,** and **DECREES** that this action is **DISMISSED WITHOUT PREJUDICE**. All motions by any party not previously ruled on are **DENIED**.

**SIGNED this 4th day of November, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE